**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Royal Love-Camp,<br><br>    Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Respondents. | Case No.: 2:24-cv-00141-JAD-NJK<br><br>**Order Granting Petitioner's<br>Motion to Extend Deadline**<br><br>[ECF No. 10] |

    Petitioner Royal Love-Camp seeks an extension of time to file his first amended petition based on his calculation of the statute of limitations.[1]  I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

    IT IS ORDERED that Love-Camp's unopposed first motion for extension of time **[ECF No. 10] is GRANTED.**  Love-Camp has **until February 21, 2025, to file his first amended petition.**

                                                  _____
                                                  U.S. District Judge Jennifer A. Dorsey
                                                  Dated: November 13, 2024

---

[1] ECF No. 10.