# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Royal Love-Camp,

    Petitioner

v.

The State of Nevada, et al.,

    Respondents

Case No. 2:24-cv-00141-JAD-NJK

**Order Granting Motion for Extension of Time (Third Request)**

[ECF No. 12]

Petitioner Royal Love-Camp seeks a 7-day extension of time to file an Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254.[1]  I find that the request is made in good faith and not solely for the purpose of delay, so good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Petitioner's Motion for Extension of Time in which to File Amended Petition (Third Request) **[ECF No. 12] is GRANTED nunc pro tunc to February 21, 2025**.  Petitioner's First-Amended Petition, filed on **February 28, 2025**, is deemed timely filed.

    _____
    U.S. District Judge Jennifer A. Dorsey
    Dated: March 11, 2025

---

[1] ECF No. 12.