# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Royal Love-Camp,

    Petitioner,

v.

State of Nevada, et al.,

    Respondents.

Case No.: 2:24-cv-00141-JAD-NJK

**Order Granting Petitioner's Motion to Extend**

[ECF No. 22]

Petitioner Royal Love-Camp seeks an extension of time to file his opposition to the respondents' motion to dismiss.[1]  I find that the request is made in good faith and not solely for the purpose of delay, so good cause exists to grant the motion.

IT IS THEREFORE ORDERED that Love-Camp's unopposed first motion for extension of time **[ECF No. 22] is GRANTED.**  Love-Camp has **until June 12, 2025, to file his opposition.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 10, 2025

---

[1] ECF No. 22.