**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| Royal Love-Camp, | Case No.: 2:24-cv-00141-JAD-NJK |
|---|---|
| Petitioner | **Order Granting Petitioner's Motion to Extend** |
| v. | [ECF No. 24] |
| State of Nevada, et al., | |
| Respondents | |

Petitioner Royal Love-Camp seeks an extension of time to file his opposition to the respondents' motion to dismiss.[1]  I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS ORDERED that Love-Camp's unopposed second motion for extension of time **[ECF No. 24] is GRANTED.**  Love-Camp has **until July 14, 2025, to file his opposition.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 27, 2025

---

[1] ECF No. 24.