# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Royal Love-Camp, | Case No.: 2:24-cv-00141-JAD-NJK |
| Petitioner | **Order Granting Respondents' Motion to Extend** |
| v. | [ECF No. 29] |
| State of Nevada, et al., | |
| Respondents | |

Respondents seek an extension of time to file their reply in support of their motion to dismiss.[1]  I find the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS ORDERED that Respondents' unopposed first motion for extension of time **[ECF No. 29] is GRANTED.**  Respondents have **until August 20, 2025, to file their reply.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 6, 2025

---

[1] ECF No. 29.