**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Royal Love-Camp,<br><br>    Petitioner<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Respondents | Case No.: 2:24-cv-00141-JAD-NJK<br><br>**Order Granting Respondents'<br>Motion to Extend**<br><br>[ECF No. 33] |

Respondents seek an extension of time to file their response to Petitioner Royal Love-Camp's amended petition.[1]  I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

IT IS ORDERED that respondents' unopposed first motion for extension of time **[ECF No. 33] is GRANTED.**  Respondents have **until April 2, 2026, to file their response.**

_____
U.S. District Judge Jennifer A. Dorsey
March 10, 2026

---

[1] ECF No. 33.