**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Royal Love-Camp,

Petitioner,

v.

State of Nevada, et al.,

Respondents.

Case No.: 2:24-cv-00141-JAD-NJK

**Order Granting Motions to Extend Time**

[ECF Nos. 37, 40.]

Respondents seek an extension of time to file their response to the amended petition,[1] and Petitioner Love-Camp seeks an extension of time to file his reply.[2] I find that the requests are made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

IT IS ORDERED that Respondents' unopposed second motion for extension of time **[ECF No. 37] is GRANTED** *nunc pro tunc*.

IT IS FURTHER ORDERED that Petitioner Royal Love-Camp's unopposed first motion for extension of time **[ECF No. 40] is GRANTED.** Love-Camp has **until September 4, 2026, to file his reply.**

U.S. District Judge Jennifer A. Dorsey
July 27, 2026

[1] ECF No. 37.

[2] ECF No. 40.